MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA BOYD, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>DUNBARR, VERDE & ASSOCIATES, LLC, a California limited liability corporation,<br><br>    Defendant. | Case No.: 2:12-cv-819<br><br><br><br>**DEFAULT JUDGMENT** |

An Application for Entry of Default Judgment having been duly made by Plaintiff, REBECCA BOYD, for a judgment against Defendant, DUNBARR, VERDE & ASSOCIATES, LLC, and the default of said Defendant having been duly entered for Defendant's failure to answer or otherwise defend as to the complaint of Plaintiff, and it appearing that said Defendant is not in the military service of the United States and is not an infant or incompetent person, and good cause appearing therefore,

IT IS THEREFOR ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff, REBECCA BOYD, and against Defendant, DUNBARR, VERDE & ASSOCIATES, LLC, and that said Defendant pay the Plaintiff the following amounts:

1.    Plaintiff's actual damages in the amount of 2,500.00

2.    statutory damages in the amount of $1,000.00;

3.    costs of suit in the amount of $610.00; and

- 1 -

4.      attorney's fees in the amount of $2,252.50,

For a total Judgment in favor of Plaintiff, REBECCA BOYD, and against Defendant,

DUNBARR, VERDE & ASSOCIATES, LLC, in the amount of **Six Thousand Three Hundred**

**Sixty Two Dollards and 50/100($6,362.50),** all to bear interest at the statutory rate from date of

entry of this Judgment until paid in full, plus damages on all profits derived from Defendant's

engagement in the deceptive trade practice of operating without the required licenses, to be

determined at a later date based on proof.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Judgment shall be

considered a final Judgment for all purposes.

FOR WHICH SUMS LET EXECUTION ISSUE.

DATED this ___16th___ day of January 2013.

_____
United States District Judge

Respectfully Submitted By:

THE BOURASSA LAW GROUP, LLC

_____
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

- 2 -

1

2

**CERTIFICATE OF SERVICE**

3      The undersigned hereby certifies that the foregoing **DEFAULT JUDGMENT** was

4  electronically filed this __14th__ day of January 2013, and is available for viewing and

5  downloading from the ECF System of the United States District Court for the District of Nevada.

6      The undersigned further certifies that a true and correct copy of the foregoing document

7  was served by mailing a copy thereof, first class mail, postage prepaid, this __14t__ day of January

8  2013 as follows:

9

10  Dunbarr, Verde & Associates, LLC.
    c/o Barry Revis

11  24160 Decorah Road
    Diamond Bar, CA 91765

12  *Resident Agent*

13
    Danbarr, Verde & Associates, LLC

14  11993 Magnolia Ave., Ste R
    Riverside, California 92503

15  *Defendant*

16
    DVA & Associates

17  P.O. Box 77193
    Riverside, California 92503

18  *Defendant*

19

20

21

22

23
                                                    **/s/ KRISTI BOURASSA**
24                                                  An employee of the
                                                    The Bourassa Law Group, LLC
25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28